

RECEIVED
FEB 2 0 2009
Feb 20, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

Yvette Smith - West
_____
(Name of the plaintiff or plaintiffs)

v.

City Colleges of Chicago
_____
(Name of the defendant or defendants)

CIVIL ACTION

NO._____
(Case number will be supplied by the assignment clerk)

**09CV1117**
**JUDGE NORGLE**
**MAG. JUDGE COLE**

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is _City Colleges of Chicago,_ of the county of _Cook_ in the state of _____.
3. The defendant is _Yvette V. Smith-West_, who resides at (street address) _7544 S. Oglesby Ave_
   (city) _Chicago_ (county) _Cook_ (state) _Il._ (ZIP) _60649_
   (Defendant's telephone number) (_312_) - _553-2537_

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at
   (street address) _1900 W. VanBuren_
   (city) _CHicAgo_ (county) _Cook_ (state) _Il_ (ZIP code) _60612_

5. The plaintiff [check one box]
   (a) [✓] was denied employment by the defendant.
   (b) [ ] was hired and is still employed by the defendant.
   (c) [✓] was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month)_____, (day)_____, (year) _2008_.

7. (a) The plaintiff [check one box]
   [ ] has not filed a charge or charges against the defendant
   [✓] has
   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) [✓] the United States Equal Employment Opportunity Commission on or about
         (month) _July_ (day)_____ (year) _2008_.
   (ii) [ ] the Illinois Department of Human Rights on or about
         (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. [ ] YES [✓] NO

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) [✓] the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.
   (b) [ ] the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☑ YES    ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☑ (Re) failed to hire the plaintiff.
    (b) ☑ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ other (specify): _____

    _____
    _____
    _____
    _____
    _____

(Guide to Civil Cases for Litigants Without Lawyers: Page 45)

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    City College of Chicago wrongful terminated me from my position as an Head Start Master teacher. The Process in which was implement was cruel. A restruturing process deveped new job description for teachers and assistant Teachers needa of teaching Certificate. I wasn't provided enough time to propare for the Certification Process.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.  ☐ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

    (a) ☐ Direct the defendant to hire the plaintiff.
    (b) ☑ Direct the defendant to re-employ the plaintiff.
    (c) ☐ Direct the defendant to promote the plaintiff.
    (d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ Direct the defendant to (specify):_____

    _____
    _____
    _____
    _____
    _____

    (g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)

... cont'd

The Facts supporting the plaintiff claim of discrimination

(13) I was told to reapply to my position in which I qualified for when I was hired. I wasn't given enough time to up grade credentials. However the District office hired and alloyed some teachers to attend classes without a B.A. Degree or the amount of years of experience I possesed. They were hired as they work to upgrade their credentials. It seem to be a conspiracy to replace teachers whether qualified or not. They played favortism and place teachers in position they wanted to hired. An investgation was never done on the Distict office namely

I applied for teacher assistant position and was interviwed by orders of the Dictrict office. I was not hired. I was never told the reason every thing seemed a secret. It was written in there files that I had no depth to understanding young children. This is not true. I have proff from parents teachers, my Director, my reseme, my years of experience. The qualification in which I was hired under. The retired former President Zerrie Campbell recomendation to my teaching position

the facts supporting the claim of discrimination

Cont'd (2) my educational experience profile, my 21 years of teaching experience with the City College., Five years.

There was no why I shouldn't a lease gotten hired for the teacher assistant position with the highes pay.

I can only say when the district office reconstruct the teaching position to give the teachers higher pay. I felt decrimination must have played a role. My position was given to a caucasian Also our Union Local 1600 sided with the City College without our knowledge of prehabs loosing our jobs to reconstruction.